1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOHN W. CARPENTER (Cal. Bar No. 221,708)
12 Metairie Court
Metairie, LA 70001-3032
Telephone: 1-415-577-0698
Facsimile: 1-866-410-6248

*Attorney for Plaintiff*
*Expert Microsystems, Inc.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Expert Microsystems, Inc.**<br><br>    Plaintiff,<br><br>    v.<br><br>**University of Chicago**<br><br>    and<br><br>**ARCH Development Corporation**<br><br>    Defendants | Civil Action No.  2:09-CV-00586-WBS-JFM<br><br><br>Judge: William B. Shubb<br><br><br>**ORDER** |
| | |

1

2        PURSUANT TO PLAINTIFF'S MOTION, THERE BEING NO OPPOSITION, AND

3    GOOD CAUSE APPEARING, IT IS

4    ORDERED:

5        The May 26, 2009 Hearing in this matter is continued to **June 8, 2009 at 02:00 PM**.

6        The date for Plaintiff filing its Opposition to Defendants' Motion to Dismiss for Lack of

7    Jurisdiction or Transfer to Northern District of Illinois is extended from May 12, 2009 to May 26,

8    2009.

9    Dated:  May 7, 2009

10

11                                        WILLIAM B. SHUBB
                                          UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28