UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

EXPERT MICROSYSTEMS, INC.,

    Plaintiff,           NO. CIV. 09-586 WBS JFM

  v.

                            ORDER

UNIVERSITY OF CHICAGO and ARCH
DEVELOPMENT CORPORATION,

    Defendants.
_____/

----oo0oo----

        Plaintiff Expert Microsystems, Inc. requests that the hearing on defendants' motion to transfer venue or in the alternative to dismiss for lack of personal jurisdiction, now scheduled for June 8, 2009, be continued in light of plaintiff's recently filed motion before the assigned Magistrate Judge requesting jurisdictional discovery. The motion for jurisdictional discovery is currently scheduled to be heard by Magistrate Judge Moulds on July 2, 2009.

        IT IS THEREFORE ORDERED that the hearing on defendants' motion to transfer venue or in the alternative to dismiss for

lack of personal jurisdiction is hereby continued to August 3, 2009, at 2:00 p.m. in Courtroom 5.  Opposition and reply briefs shall be filed in accordance with Local Rule 78-230 based on this rescheduled hearing date.

DATED: May 20, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE