1

**LAW OFFICES OF JOHN W. CARPENTER LLC**
John W. Carpenter, Esq., State Bar No. 221708

2

12 Metairie Court
Metairie, LA 70001

3

Telephone:     (415)577-0698
Facsimile:     (866)410-6248

4

Email:         john@jwcarpenterlaw.com

5

Attorney for Plaintiff, Expert Microsystems Inc.

6

7

**HENNELL & GROSSFELD LLP**
Attorneys at Law

8

Brian M. Englund, CSB#070753
Gold River, California 95670

9

Telephone:     (916) 638-8600
Facsimile:     (916) 638-8770

10

11

Attorneys for Defendants, THE UNIVERSITY OF CHICAGO
and ARCH DEVELOPMENT CORPORATION

12

13

## UNITED STATES DISTRICT COURT

14

## EASTERN DISTRICT OF CALIFORNIA

15

16

EXPERT MICROSYSTEMS, INC.

CASE NO.: 2:09-cv-00586-WBS-JFM

17

Plaintiff,

18

vs.

19

UNIVERSITY OF CHICAGO and
ARCH DEVELOPMENT CORPORATION

**STIPULATION AND [~~PROPOSED~~] ORDER FOR CONTINUING STATUS CONFERENCE**

20

21

Defendants.

22

23

24

25

26

27

28

-1-

**STIPULATION FOR CONTINUING STATUS CONFERENCE**

**STIPULATION**

Pursuant to L.R. 78-230(g) Plaintiff  EXPERT MICROSYSTEMS, INC. ("EM") and Defendants UNIVERSITY OF CHICAGO ("UC") and ARCH DEVELOPMENT CORPORATION ("ARCH") hereby stipulate to a continuance of the Initial Status Conference in this matter.

The Initial Status Conference is currently set for June 29, 2009 at 02:00 PM.

A jurisdictional discovery hearing is currently set for July 2, 2009 at 11:00 AM before the Honorable Magistrate Judge John F. Moulds for determining if Plaintiff be granted the right to conduct jurisdictional discovery against ARCH.

The parties have agreed that in light of the July 2, 2009 hearing, a cost-effective approach to this lawsuit is to seek a continuance of the Initial Status Conference to August 31, 2009 at 02:00 PM, or to whatever date and time thereafter as set by the Court.

This is the first request for a time modification of the Initial Status Conference in this matter.

The present requested time modification would have no material effect on the schedule for this case.

Accordingly, it is hereby stipulated and agreed that the Initial Status Conference in this matter be continued to August 31, 2009 at 2:00 PM, or to whatever date and time thereafter as set by the Court.

Respectfully submitted,

DATED:  June 15, 2009

By _____/s/_____

John W. Carpenter
Attorney for Plaintiff
Expert Microsystems, Inc.

**STIPULATION FOR CONTINUING STATUS CONFERENCE**

1

**HENNELLY & GROSSFELD LLP**

2  DATED:  June 15, 2009

By _____

3

Brian M. Englund
Attorney for Defendants
UNIVERSITY OF CHICAGO
and ARCH DEVELOPMENT CORPORATION

4

5

6

7

8

## ORDER

9

10        PURSUANT TO STIPULATION AND UPON GOOD CAUSE SHOWN, IT IS SO

11  ORDERED.  The Initial Status Conference in this matter is continued to **September 8, 2009 at**
**2:00 p.m.**

12

13  Dated:   June 16, 2009

14

15

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

16

17

18

19

20        **ATTESTATION OF E-FILED SIGNATURE**

21

22        I, Brian M. Englund, attest that signatory John W. Carpenter has read and approved the

23  STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL STATUS

24  CONFERENCE and consents to its filing in this action.

25

26                                                                  _/s/_____
                                                                  _Brian M. Englund

27

28

-3-
**STIPULATION FOR CONTINUING STATUS CONFERENCE**