**HENNELLY & GROSSFELD LLP**
Kenneth B. Grossfeld, CSB#110641
Brian M. Englund, CSB#070753
11335 Gold Express Drive, Suite 145
Gold River, California 95670
Telephone: (916) 638-8600/Facsimile (916) 638-8770

Frederic R. Klein (Of Counsel)
Brian D. Fagel (Of Counsel)
Kathryn B. Walter (Of Counsel)
**GOLDBERG KOHN BELL BLACK**
 **ROSENBLOOM & MORITZ, LTD.**
55 East Monroe Street, Suite 3300
Chicago, Illinois  60603
Telephone: (312) 201-3999/Facsimile: (312) 332-2196

Attorneys for Defendants,
THE UNIVERSITY OF CHICAGO
and ARCH DEVELOPMENT CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXPERT MICROSYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>**UNIVERSITY OF CHICAGO and ARCH DEVELOPMENT CORPORATION,**<br><br>**Defendants.** | Civil Action No. 2:09-cv-00586-WBS-JFM<br><br>[~~PROPOSED~~] ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE ON BEHALF OF DEFENDANTS TO ATTEND THE SCHEDULING CONFERENCE ON SEPTEMBER 8, 2009<br><br>Date:          September 8, 2009<br>Time:         2:00 p.m.<br>Judge:       Williams B. Shubb<br>                  Courtroom 5, 14th Floor |

PURSUANT TO DEFENDANTS' REQUEST FOR TELEPHONIC APPEARANCE AND UPON GOOD CAUSE BEING SHOWN, IT IS ORDERED:

Defendants University of Chicago ("the University") and Arch Development Corporation ("ARCH"), will be permitted to appear telephonically at the Scheduling Conference

scheduled for September 8, 2009 at 2:00 P.M.   Brian D. Fagel will be participating on behalf of the Defendants and can be reached at 312.201.3999.

Dated:  August 31, 2009

                                      */s/ William B. Shubb*
                                      WILLIAM B. SHUBB
                                      UNITED STATES DISTRICT JUDGE

**REQUEST FOR TELEPHONIC APPEARANCE ON BEHALF OF DEFENDANTS TO ATTEND THE SCHEDULING CONFERENCE ON SEPTEMBER 8, 2009; [PROPOSED] ORDER**