Brian M. Englund, CSB#070753
**HENNELLY & GROSSFELD LLP**
11335 Gold Express Drive, Suite 145
Gold River, California 95670
Telephone: (916) 638-8600/Facsimile (916) 638-8770

Frederic R. Klein (Of Counsel, admitted *pro hac vice*)
Brian D. Fagel (Of Counsel, admitted *pro hac vice*)
Kathryn B. Walter (Of Counsel)
GOLDBERG KOHN LTD.
55 East Monroe Street, Suite 3300
Chicago, Illinois  60603
Telephone:  (312) 201-4000
Facsimile:  (312) 332-2196

Attorneys for Defendants,
THE UNIVERSITY OF CHICAGO
and ARCH DEVELOPMENT CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXPERT MICROSYSTEMS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>UNIVERSITY OF CHICAGO and ARCH DEVELOPMENT CORPORATION,<br><br>    Defendants. | Civil Action No. 2:09-cv-00586-WBS-JFM<br><br>**STIPULATION AND ORDER TO CONTINUE DATE FOR HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date:      February 16, 2010<br>Time:     2:00 p.m.<br>Judge:    William B. Shubb<br>              Courtroom 5, 14th Floor |

On January 15, 2010, defendants filed their motion for summary judgment, set for hearing on February 16, 2010.  Plaintiff's counsel has requested a continuance of the hearing date.  Accordingly, the parties stipulate as follows:

---
1
**STIPULATION TO CONTINUE HEARING DATE**

1. The date for the hearing on defendants' pending motion for summary judgment shall be continued from February 16, 2010 to March 29, 2010, at 2:00 p.m.

2. Plaintiff will file any opposition to the motion no later than February 28, 2010. Defendants shall file any reply no later than March 15, 2010.

3. Plaintiff will not ask the Court for a further continuance of the hearing date.

                              HENNELLY & GROSSFELD LLP

Dated: January _____, 2010       By: _____
                                                 Brian M. Englund
                                                 Attorneys for Defendants,
                                                 THE UNIVERSITY OF CHICAGO,
                                                 ARCH DEVELOPMENT
                                                 CORPORATION

Dated: January _____, 2010      By: _____
                                                 John C. Carpenter
                                                 Attorneys for Plaintiffs,
                                                 EXPERT MICROSYSTEMS, INC.

Based on the stipulation of the parties, it is so ORDERED.

DATED: January 25, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE HEARING DATE