Brian M. Englund, CSB#070753
**HENNELLY & GROSSFELD LLP**
11335 Gold Express Drive, Suite 145
Gold River, California 95670
Telephone: (916) 638-8600
Facsimile:  (916) 638-8770


Frederic R. Klein (Of Counsel, admitted *pro hac vice*)
Kathryn B. Walter (Of Counsel)
Nury R. Agudo (Of Counsel)
GOLDBERG KOHN LTD.
55 East Monroe Street, Suite 3300
Chicago, Illinois  60603
Telephone: (312) 201-4000
Facsimile:  (312) 332-2196

Attorneys for Defendants,
THE UNIVERSITY OF CHICAGO and
ARCH DEVELOPMENT CORPORATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **EXPERT MICROSYSTEMS, INC.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**UNIVERSITY OF CHICAGO and ARCH DEVELOPMENT CORPORATION,**<br><br>**Defendants.** | Civil Action No. 2:09-cv-00586-WBS-JFM<br><br>**STIPULATION AND ORDER TO CONTINUE DATE FOR HEARING ON DEFENDANTS' MOTION FOR ATTORNEYS' FEES PURSUANT TO 35 U.S.C. § 285**<br><br>Date: June 7, 2010<br>Time: 2:00 p.m.<br>Judge: William B. Shubb<br>        Courtroom 5, 14th Floor |

On April 29, 2010, Defendants filed their Motion for Attorneys' Fees Pursuant to 35 U.S.C. § 285, set for hearing on June 7, 2010.  Plaintiff's counsel has requested a continuance of the hearing date.  Accordingly, the parties stipulate as follows:

1.   The date for the hearing on Defendants' pending Motion for Attorneys' Fees Pursuant to 35 U.S.C. § 285 shall be continued from June 7, 2010 to July 19, 2010 at 2:00 p.m.

2796422v1 5/5/2010 9:56 AM                                                                                          6171.009

**STIPULATION AND ORDER TO CONTINUE DATE FOR HEARING ON DEFENDANTS' MOTION FOR ATTORNEYS' FEES PURSUANT TO 35 U.S.C. § 285**

1        2.    Plaintiff will file any opposition to the motion no later than June 21, 2010. Defendants shall file any reply no later than July 7, 2010.

        3.    Plaintiff will not ask the Court for a further continuance of the hearing date.

Dated: May 3, 2010                    HENNELLY & GROSSFELD LLP

By:__/s/_____
    Brian M. Englund
    Attorneys for Defendants,
    THE UNIVERSITY OF CHICAGO,
    ARCH DEVELOPMENT CORPORATION

Dated: May 3, 2010                    By:__/s/_____
    John C. Carpenter
    Attorneys for Plaintiff,
    EXPERT MICROSYSTEMS, INC.

Based on the stipulation of the parties, it is so ORDERED.

Dated: May 5, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-2-
**STIPULATION AND ORDER TO CONTINUE DATE FOR HEARING ON DEFENDANTS' MOTION FOR ATTORNEYS' FEES PURSUANT TO 35 U.S.C. § 285**