1  Brian M. Englund, CSB#070753
   **HENNELLY & GROSSFELD LLP**
2  11335 Gold Express Drive, Suite 145
   Gold River, California 95670
3  Telephone:  (916) 638-8600
   Facsimile:   (916) 638-8770
4

5  Frederic R. Klein (Of Counsel, admitted *pro hac vice*)
   Kathryn B. Walter (Of Counsel)
6  Nury R. Agudo (Of Counsel)
   GOLDBERG KOHN LTD.
7  55 East Monroe Street, Suite 3300
   Chicago, Illinois  60603
8  Telephone:  (312) 201-4000
   Facsimile:   (312) 332-2196
9

10 Attorneys for Defendants,
   THE UNIVERSITY OF CHICAGO and
11 ARCH DEVELOPMENT CORPORATION

12

13                    **IN THE UNITED STATES DISTRICT COURT**

14                **FOR THE EASTERN DISTRICT OF CALIFORNIA**

15 | **EXPERT MICROSYSTEMS, INC.,** | **Civil Action No. 2:09-cv-00586-WBS-JFM** |
|---|---|
| **Plaintiff,** | |
| **v.** | **ORDER CONTINUING DATES FOR BRIEFING AND HEARING ON DEFENDANTS' MOTION FOR ATTORNEYS' FEES PURSUANT TO 35 U.S.C. § 285** |
| **UNIVERSITY OF CHICAGO and ARCH DEVELOPMENT CORPORATION,** | |
| **Defendants.** | Date:   July 19, 2010<br>Time:   2:00 p.m.<br>Judge: William B. Shubb<br>         Courtroom 5, 14th Floor |

        On June 21, 2010, Defendants filed their Ex Parte Application To Continue
Dates For Briefing And Hearing On Defendants' Motion For Attorneys' Fees Pursuant to 35
U.S.C. §285, together with a supporting Declaration of Frederic R. Klein.  Plaintiff does not
oppose the motion.  Accordingly, for good cause shown, it is hereby ORDERED as follows:

28

1          1.      The date for the hearing on Defendants' pending Motion for Attorneys'

2    Fees Pursuant to 35 U.S.C. § 285 shall be continued from July 19, 2010 to September 27,

3    2010 at 2:00 p.m.

4          2.      Defendants will file any reply no later than August 30, 2010.

5

6    Dated:  June 25, 2010

7

8

                        WILLIAM B. SHUBB
9                            UNITED STATES DISTRICT JUDGE

-2-

**ORDER CONTINUING DATES FOR BRIEFING AND HEARING ON DEFENDANTS' MOTION FOR ATTORNEYS' FEES PURSUANT TO 35 U.S.C. § 285**