| | |
|---|---|
| John W. Carpenter  CSB#221708) <br> **The Law Offices of John W. Carpenter** <br> 12 Metairie Court <br> Metairie, Louisiana 70001-3032 <br> Telephone:  (504) 304-3988 <br> Facsimile:  (866) 410-6248 <br><br> Attorney for Plaintiff <br> Expert Microsystems, Inc. | Brian M. Englund, CSB#070753 <br> **HENNELLY & GROSSFELD, LLP** <br> 11335 Gold Express Drive, Suite 145 <br> Gold River, California 95670 <br> Telephone: (916) 638-8600 <br><br> Frederic R. Klein (Of Counsel) <br> Kathryn B. Walter (Of Counsel) <br> GOLDBERG KOHN LTD. <br> 55 East Monroe Street, Suite 3300 <br> Chicago, Illinois 60603 <br> Telephone: (312) 201-4000 <br> Facsimile:  (312) 332-2196 <br><br> Attorneys for Defendants, <br> UNIVERSITY OF CHICAGO, <br> ARCH DEVELOPMENT <br> CORPORATION |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EXPERT MICROSYSTEMS, INC.,** <br><br> Plaintiff, <br><br> vs. <br><br> **UNIVERSITY OF CHICAGO, and, ARCH DEVELOPMENT CORPORATION,** <br><br> **Defendant** | **Case No.: 2:09-cv-00586-WBS-JFM** <br><br> **STIPULATION AND ORDER TO CONTINUE DATE FOR HEARING ON DEFENDANTS' MOTION FOR ATTORNEYS' FEES PURSUANT TO 35 U.S.C. § 285** <br><br> Date:     September 27, 2010 <br> Time:    2:00 p.m. <br> Judge:   William B. Shubb <br>             Courtroom 5, 14th Floor |

Pending before this Court is Defendants' Motion for Attorneys' Fees Pursuant to 35 U.S.C. § 285 (the "Fee Motion"), set for hearing on September 27, 2010. Plaintiff's counsel has requested a continuance of the hearing date. Accordingly, the parties stipulate as follows:

(a) In compliance with Local Rule 144 (Fed. R. Civ. P. 6), this is the second request for continuance of the hearing date for Defendants' Fee Motion.

(b) The first continuance was upon Defendants' unopposed *Ex Parte* application to continue the hearing date from July 19, 2010 to September 27, 2010 at 2:00 p.m.

(c) Plaintiff's local counsel, Kathleen Gilbert, is presently on maternity leave. Furthermore, Plaintiff's counsel, John W. Carpenter, recently has become aware that he will be unavailable for the hearing on the scheduled date because of medical reasons involving his family, and Plaintiff's newly-hired co-counsel, Davis & Leonard, LLP, has just been hired and needs time to review the file and prepare for the hearing.

WHEREFORE, the parties respectfully request that the date for the hearing on the "Fee Motion" be continued from September 27, 2010 to October 25, 2010, at 2:00 p.m.

Dated: September 13, 2010           By:     /s/ John W. Carpenter
                                            John W. Carpenter
                                            Attorney for Plaintiff,
                                            EXPERT MICROSYSTEMS, INC.


                                            HENNELLY & GROSSFELD, LLP


Dated: September____, 2010          By:_____
                                            Brian M. Englund
                                            Attorneys for Defendants,
                                            UNIVERSITY OF CHICAGO,
                                            ARCH DEVELOPMENT
                                            CORPORATION

# ORDER

Based on the stipulation of the parties, it is so ORDERED.

Dated: September 13, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE