UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXPERT MICROSYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSITY OF CHICAGO and ARCH DEVELOPMENT CORPORATION, <br><br> Defendants. | CASE NO.   2:09-cv-00586-WBS-JFM <br><br> **ORDER ON STIPULATION** <br><br> **Judge:    William B. Shubb** <br> **Courtroom 5, 14th Floor** |

Pursuant to stipulation between the parties, Defendants' Motion for Attorneys' Fees Pursuant to 35 U.S.C. §285, is hereby withdrawn with prejudice.

DATED: October 13, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

{00049025}                                      1